163 So. 667

### Lawson WILLIAMS v. STATE.

8 Div. 686.

Supreme Court of Alabama.

Oct. 17, 1935.

William Stell, of Russellville, and W. L. Almon, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Lawson Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Williams v. State, 26 Ala. App. 531, 163 So. 663.

Writ denied.

All the justices concur.